Monte J. White and Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | § CHAPTER 13 |
| Justin Clay Turner | § CASE NO. 09-12751-13 |
| AND | § |
| Cara Breanne Turner | § |
| DEBTOR(S) | § |

## MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

1. The Debtor(s), by their attorney, state and represent as follows:

2. Debtor(s) Chapter 13 plan was confirmed on 9/14/2009.

3. Debtor(s) have filed amended Schedules I & J with the Court.

4. That Debtor(s) confirmed plan requires plan payments of $453.00 for 60 months for a total plan base of $27,175.34.

5. That Debtor(s) seek a modification under §1329(a) to decrease their plan plan payments to $190.00 per month beginning March 2012 according to their current disposable income. Debtors' Chapter 13 plan base will decrease from $27,175.34 to $19,550.34. The term of Debtors' plan shall remain 60 months.

6. Debtors wish to surrender their 2006 Dodge Charger to Creditor Triad Financial Corporation. Balance owed is $7,937.65. Collateral to be surrendered in full satisfaction of debt.

7. The Chapter 13 Trustee will cease making payment to Triad Financial Corporation.

8. Debtors' plan payments are current through January 2012.

9. Debtors' attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 which will be paid through the Plan by the Trustee
WHEREFORE, the Debtor(s) move this honorable court to enter an order modifying Debtor(s) confirmed Chapter 13 plan, and to other and further relief to which they may be entitled.

        Respectfully submitted,

        <u>/s/Monte J. White</u>
        Attorney for Debtor(s)

<u>CERTIFICATE OF MAILING</u>

A true and exact copy of the foregoing was served electronically by the ECF System or by First Class Mail on 2/23/2012 on all parties on the mailing matrix:

        <u>/s/Monte J. White</u>
        Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 09-12751<br>Western District of Oklahoma<br>Oklahoma City<br>Thu Feb 23 10:46:19 CST 2012 | 1st Financial Bank<br>PO Box 740933<br>Dallas, TX 75374-0933 | B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | Oklahoma Tax Commission<br>Legal Division<br>120 N Robinson Suite 2000<br>Oklahoma City, OK 73102-7471 |
| Ophrys LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave.<br>Ste. 400<br>Seattle, WA 98121-3132 | U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 | Wells Fargo Bank, N.A., Wells Fargo Auto Fin |
| eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | 1st Financial Bk Usa<br>363 W Anchor Dr<br>Dakota Dunes, SD 57049-5154 |
| AA/cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | (p)ARVEST BANK<br>P O BOX 11110<br>FORT SMITH AR 72917-1110 | Affiliated Pathologistis, PA<br>PO Box 1867<br>Denton, TX 76202-1867 |
| Alliance One Receivables Mgt., Inc.<br>6565 Kimball Dr Ste 200<br>Gig Harbor, WA 98335-1206 | Associates/citibank<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 | Bankruptcy Section MS A340<br>Franchise Tax Board<br>PO Box 2952<br>Sacramento CA 95812-2952 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | California Franchise Tax Board<br>PO Box 942840<br>Sacramento, CA 94240-0040 | Central Collections<br>157 West 5th St 3rd Floor<br>San Bernardino, CA 92415-0465 |
| Chase<br>Attn: Bankruptcy Dept<br>PO Box 100018<br>Kennesaw, GA 30156-9204 | Chase Bank USA, N.A. by eCAST Settlement<br>Corporation, as its agent<br>POB 35480<br>Newark, NJ 07193-5480 | Cotton County Treasurer<br>Tammy Spence<br>301 N. Broadway<br>Walters, OK 73572-1209 |
| Direct TV<br>PO Box 6550<br>Greenwood Village, CO 80155-6550 | Elan Financial Service<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202-5399 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Fort Sill Fed Cr Un<br>Po Box 33039<br>Fort Sill, OK 73503-3039 | Fort Sill Federal Credit Union<br>P.O. Box 33039<br>Fort Sill, OK 73503-3039 | GE Consumer Finance<br>For GE Money Bank<br>dba CARE CREDIT/GEMB<br>PO Box 960061<br>Orlando FL 32896-0661 |

| | | |
|---|---|---|
| GEMB / Dillards<br>Attention:  Bankruptcy<br>PO Box 103106<br>Roswell, GA 30076-9106 | GEMB / HH Gregg<br>Attention:  Bankruptcy<br>PO Box 103106<br>Roswell, GA 30076-9106 | Green Tree Servicing L<br>345 St. Peter Stre<br>Saint Paul, MN 55102-1641 |
| Green Tree Servicing LLC<br>P.O. Box 1654<br>Rapid City, SD 57709-1654<br>Telephone number: 888-298-7785 | Green Tree Servicing LLC<br>PO BOX 0049<br>Palatine, IL 60055-0049 | Internal Revenue Service<br>55 N. Robinson Stop 5024<br>Oklahoma City, OK 73102-9229 |
| Kansas Dept of Revenue<br>915 SW Harrison Street<br>Topeka, KS 66625-2000 | Mississippi State Tax Commission<br>Bankruptcy Section<br>P. O. Box 22808<br>Jackson, MS 39225-2808 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS<br>39225-2808 |
| Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 | NCO Financial<br>PO Box 61247, Dept 64<br>Virginia Beach, VA 23466-1247 | (p)OKLAHOMA TAX COMMISSION<br>120 N ROBINSON<br>STE 2000<br>OKLAHOMA CITY OK 73102-7471 |
| Ophrys LLC<br>c/o Weinstein & Riley PS<br>2001 Western Ave Ste 400<br>Seattle WA 98121-3132 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 | Roadloans.com<br>Attn: Bankruptcy<br>5201 Rufe Snow Dr Ste 400<br>North Richland Hills, TX 76180-6036 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Sears/cbsd<br>8725 W. Sahara Ave<br>The Lakes, NV 89163-0001 | Southerwestern Physician Svc LLC<br>PO Box 840807<br>Dallas, TX 75284-0807 |
| Southwestern Medical Ctr<br>PO Box 290429<br>Nashville, TN 37229-0429 | (p)TRIAD FINANCIAL CORP<br>5201 RUFE SNOW DRIVE<br>SUITE 400<br>NORTH RICHLAND HILLS TX 76180-6036 | United Collection Bureau Inc/Citi Bank<br>5620 Southwyck Blvd Ste 206<br>Toledo, OH 43614-1501 |
| WELLS FARGO BANK N.A.<br>WELLS FARGO AUTO FINANCE<br>ATTN: MAC F6582-034<br>PO BOX 500<br>CHESTER, PA 19016-0500 | Wells Fargo<br>PO Box 60510<br>Los Angeles, CA 90060-0510 | Wells Fargo<br>PO Box 7648<br>Boise, ID 83707-1648 |
| Wfnnb/the Buckle<br>Po Box 182273<br>Columbus, OH 43218-2273 | Cara Breanne Turner<br>Rt 2 Box 35<br>Randlett, OK 73562-9718 | John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 |
| Justin Clay Turner<br>Rt 2 Box 35<br>Randlett, OK 73562-9718 | Monte J. White<br>1106 Brook Ave<br>Wichita Falls, TX 76301-5009 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ARVEST BANK<br>ATTN:COLLECTIONS/BANKRUPTCY<br>P.O.BOX 11110<br>FORT SMITH, ARKANSAS 72917-9921 | (d)Arvest Bank<br>4330 Nw Cache Rd<br>Lawton, OK 73505 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA  30091 |
| (d)Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Elan Financial Services<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati OH 45201-5229 | Mississippi State Tax Commission<br>PO Box 1033<br>Jackson, MS 39215-1033 |
| Oklahoma Tax Commission<br>PO Box 53248<br>Oklahoma City, OK 73152-3248 | Triad Financial Corporation<br>5201 Rufe Snow Drive Suite 400<br>North Richland Hills  TX  76180 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Green Tree Servicing, L.L.C. | (d)1st Financial Bank<br>PO Box 740933<br>Dallas TX 75374-0933 | (d)CR Evergreen LLC<br>MS 550<br>PO Box 91121<br>Seattle WA 98111-9221 |
| (d)East Bay Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville SC 29602-0288 | (d)Oklahoma TAx Commission<br>Legal Division<br>120 N. Robinson, Suite 2000<br>Oklahoma City,OK 73102-7471 | (u)Oklahoma Tax Commission<br>Bankruptcy Section<br>PO Box 53248<br>Mail Returned-99999 |
| (u)Sears/cbsd<br>133200 Smith Rd<br>Mail Returned-99999 | (d)eCAST Settlement Corporation<br>PO Box 35480<br>Newark NJ 07193-5480 | End of Label Matrix<br>Mailable recipients    58<br>Bypassed recipients     8<br>Total                  66 |