**Dated: March 22, 2012,  09:21 AM**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | |
| Justin Clay Turner | § Case No. 09-12751-13 |
| AND | § Chapter 13 |
| Cara Breanne Turner | § |
|   Debtor(s) | § |

ORDER ON MOTION TO MODIFY CHAPTER 13 PLAN

Came to be heard/considered Debtors' Motion to Modify the Chapter 13 Plan payment in the above styled and numbered case. Counsel represent that the motion was filed on 2/23/2012, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was 3/19/2012. No objections have been filed, therefore, the motion should be granted.

1. Debtors are current through February 2012. The payment will reduce to $190 beginning March 2012. The base will reduce accordingly.

2. Debtors will surrender their 2006 Dodge Charger to creditor Triad Financial Corporation.  Collateral to be surrendered in full satisfaction of debt.

3. The Chapter 13 Trustee will cease making payments to Triad Financial Corporation.

4. Debtors' attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 which will be paid through the Plan by the Trustee.

IT IS SO ORDERED

# # #

APPROVED FOR ENTRY:

/s/Monte J. White
Attorney for Debtor
Monte J. White & Associate, P.C.
1106 Brook Ave
Wichita Falls, TX 76301

/s/Justin Clay Turner

/s/Cara Breanne Turner

/s/Linda-Ruschenberg
Linda Ruschenberg, OBA #12842
Attorney for Chapter 13 Trustee
PO Box 1948
Oklahoma City, OK 73101
trustee @ch13okc.com
(405) 236-4843