United States Bankruptcy Court
Western District of Oklahoma

In re:                                                              Case No. 09-12751-NLJ
Justin Clay Turner                                                  Chapter 13
Cara Breanne Turner
     Debtors

# CERTIFICATE OF NOTICE

District/off: 1087-5          User: srus                Page 1 of 4              Date Rcvd: Jul 25, 2013
                              Form ID: pdf003           Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2013.
```
db/jdb     +Justin Clay Turner,    Cara Breanne Turner,    Rt 2 Box 35,    Randlett, OK 73562-9718
aty         Alane A. Becket,    Becket & Lee LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
aty        +Brent A. Austin,    Metzer & Austin, P.L.L.C.,    1 South Broadway,    Suite 100,
             Edmond, OK 73034-3701
aty        +James M. Hinds,    The Hinds Law Firm,    1611 S. Denver,    Tulsa, OK 74119-4232
aty         Joseph P. Gappa,    Oklahoma Tax Commission Legal Division,    Assistant General Counsel,
             120 N Robinson Suite 2000W,    Oklahoma City, OK  73102-7801
aty        +Julie M Ezell,    Oklahoma Tax Commission,    120 North Robinson, STE 2000W,
             Oklahoma City, OK 73102-7801
aty        +Monte J. White,    1106 Brook Ave,    Wichita Falls, TX 76301-5009
tr         +John T. Hardeman,    PO Box 1948,    Oklahoma City, OK 73101-1948
smg         Oklahoma Tax Commission,    Legal Division,    120 N Robinson Suite 2000W,
             Oklahoma City, OK  73102-7801
cr         +PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
4517322    +1st Financial Bank,    PO Box 740933,    Dallas TX 75374-0933
4459439    +AA/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
4459440    +Affiliated Pathologistis, PA,    PO Box 1867,    Denton, TX 76202-1867
4459441    +Alliance One Receivables Mgt., Inc.,    6565 Kimball Dr Ste 200,    Gig Harbor, WA 98335-1206
4459443    +Associates/citibank,    Attn: Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
4504013     Bankruptcy Section MS A340,    Franchise Tax Board,    PO Box 2952,    Sacramento CA 95812-2952
4508211   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court:  CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
             PO BOX 5155,    NORCROSS, GA  30091)
4459444     California Franchise Tax Board,    PO Box 942840,    Sacramento, CA 94240-0040
4459446    +Central Collections,    157 West 5th St 3rd Floor,    San Bernardino, CA 92415-0465
4459447    +Chase,    Attn: Bankruptcy Dept,    PO Box 100018,    Kennesaw, GA 30156-9204
4525420     Chase Bank USA, N.A. by eCAST Settlement,    Corporation, as its agent,    POB 35480,
             Newark, NJ 07193-5480
4459448    +Cotton County Treasurer,    Tammy Spence,    301 N. Broadway,    Walters, OK 73572-1209
4459449   ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
            (address filed with court:  Direct TV,    PO Box 6550,    Greenwood Village, CO 80155-6550)
4459450    +Elan Financial Service,    777 E Wisconsin Ave,    Milwaukee, WI 53202-5399
4459451   ++FT SILL FEDERAL CREDIT UNION,    COLLECTION DEPARTMENT,    PO BOX 1527,    LAUTON OK 73502-1527
            (address filed with court:  Fort Sill Fed Cr Un,    Po Box 33039,    Fort Sill, OK 73503)
5334182     Franchise Tax Board,    Bankruptcy Section MS A340,    PO Box 2952,    Sacramento, CA 95812-2952
4469917    +Green Tree Servicing LLC,    P.O. Box 1654,    Rapid City, SD 57709-1654,
             Telephone number: 888-298-7785
4459458    +Monte J. White & Associates,    1106 Brook Ave,    Wichita Falls TX 76301-5009
4459459    +NCO Financial,    PO Box 61247, Dept 64,    Virginia Beach, VA 23466-1247
5301313    +National Capital Management LLC,    PO Box 12786,    Norfolk VA 23541-0786
4459461   ++OKLAHOMA TAX COMMISSION,    120 N ROBINSON,    STE 2000W,    OKLAHOMA CITY OK 73102-7801
            (address filed with court:  Oklahoma Tax Commission,    PO Box 53248,
             Oklahoma City, OK 73152-3248)
4472622    +Oklahoma TAx Commission,    Legal Division,    120 N. Robinson, Suite 2000,
             Oklahoma City,OK 73102-7471
4500635    +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
             NORFOLK VA 23541-1067
4459462    +Roadloans.com,    Attn: Bankruptcy,    5201 Rufe Snow Dr Ste 400,
             North Richland Hills, TX 76180-6036
4459463    +Sears/cbsd,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
4459465     Southwesterrn Physician Svc LLC,    PO Box 840807,    Dallas, TX 75284-0807
4459466     Southwestern Medical Ctr,    PO Box 290429,    Nashville, TN 37229-0429
4475550   ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,    NORTH RICHLAND HILLS TX 76180-6036
            (address filed with court:  Triad Financial Corporation,    5201 Rufe Snow Drive Suite 400,
             North Richland Hills  TX  76180)
4482590   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:  Elan Financial Services,    Bankruptcy Department,    PO Box 5229,
             Cincinnati OH 45201-5229)
4459467    +United Collection Bureau Inc/Citi Bank,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501
4472716    +WELLS FARGO BANK N.A.,    WELLS FARGO AUTO FINANCE,    ATTN: MAC F6582-034,    PO BOX 500,
             CHESTER, PA 19016-0500
4459468    +Wells Fargo,    PO Box 60510,    Los Angeles, CA 90060-0510
4459469    +Wfnnb/the Buckle,    Po Box 182273,    Columbus, OH 43218-2273
4565985     eCAST Settlement Corporation,    PO Box 35480,    Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust        +E-mail/Text: KATHERINE.WIELAND@USDOJ.GOV Jul 25 2013 22:22:09     U.S. Trustee,
             United States Trustee,    215 Dean A. McGee Ave., 4th Floor,    Oklahoma City, OK 73102-3444
cr          E-mail/Text: resurgentbknotifications@resurgent.com Jul 25 2013 22:18:07      B-Line, LLC,
             MS 550,    PO Box 91121,    Seattle, WA  98111-9221
cr         +E-mail/Text: bncmail@w-legal.com Jul 25 2013 22:27:47     Ophrys LLC,
             c/o Weinstein & Riley, P.S.,    2001 Western Ave.,    Ste. 400,    Seattle, WA 98121-3132
```

```
District/off: 1087-5          User: srus                  Page 2 of 4                   Date Rcvd: Jul 25, 2013
                              Form ID: pdf003             Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4459438       +E-mail/Text: bankruptcynotice@1fbusa.com Jul 25 2013 22:27:10      1st Financial Bk Usa,
               363 W Anchor Dr,   Dakota Dunes, SD 57049-5154
4491247        E-mail/Text: bankruptcy@arvest.com Jul 25 2013 22:21:13      ARVEST BANK,
               ATTN:COLLECTIONS/BANKRUPTCY,   P.O.BOX 11110,   FORT SMITH, ARKANSAS 72917-9921
4459442        E-mail/Text: bankruptcy@arvest.com Jul 25 2013 22:21:13      Arvest Bank,   4330 Nw Cache Rd,
               Lawton, OK 73505
4619227        E-mail/Text: resurgentbknotifications@resurgent.com Jul 25 2013 22:18:07      CR Evergreen LLC,
               MS 550,   PO Box 91121,   Seattle WA 98111-9221
5081047       +E-mail/Text: resurgentbknotifications@resurgent.com Jul 25 2013 22:18:07      East Bay Funding LLC,
               c/o Resurgent Capital Services,   PO Box 288,   Greenville SC 29602-0288
4546632        E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2013 22:38:31      GE Consumer Finance,
               For GE Money Bank,   dba CARE CREDIT/GEMB,   PO Box 960061,   Orlando FL 32896-0661
4459452       +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2013 22:30:49      GEMB / Dillards,
               Attention:  Bankruptcy,   PO Box 103106,   Roswell, GA 30076-9106
4459453       +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2013 22:38:32      GEMB / HH Gregg,
               Attention:  Bankruptcy,   PO Box 103106,   Roswell, GA 30076-9106
4459454       +E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 25 2013 22:25:47      Green Tree Servicing L,
               345 St. Peter Stre,   Saint Paul, MN 55102-1641
4469918        E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 25 2013 22:25:47      Green Tree Servicing LLC,
               PO BOX 0049,   Palatine, IL 60055-0049
4459455       +E-mail/Text: cio.bncmail@irs.gov Jul 25 2013 22:14:43      Internal Revenue Service,
               55 N. Robinson Stop 5024,   Oklahoma City, OK 73102-9229
4459456        E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Jul 25 2013 22:23:02      Kansas Dept of Revenue,
               915 SW Harrison Street,   Topeka, KS 66625-2000
4459457        E-mail/Text: BANKRUPTCY.OAC.TAXCOM@DOR.MS.GOV Jul 25 2013 22:19:21
               Mississippi State Tax Commission,   PO Box 1033,   Jackson, MS 39215-1033
4682550        E-mail/Text: BANKRUPTCY.OAC.TAXCOM@DOR.MS.GOV Jul 25 2013 22:19:21
               Mississippi State Tax Commission,   Bankruptcy Section,   P. O. Box 22808,
               Jackson, MS 39225-2808
5167759       +E-mail/Text: bknotice@ncmllc.com Jul 25 2013 22:16:31      National Capital Management, LLC,
               8245 Tournament Drive, Suite 230,   Memphis, TN 38125-1741
4739130       +E-mail/Text: bncmail@w-legal.com Jul 25 2013 22:27:47      Ophrys LLC,   c/o Weinstein & Riley PS,
               2001 Western Ave Ste 400,   Seattle WA 98121-3132
4483050        E-mail/Text: resurgentbknotifications@resurgent.com Jul 25 2013 22:18:07      Roundup Funding, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4459460        Oklahoma Tax Commission,   Bankruptcy Section,   PO Box 53248,   Mail Returned-99999
4459464        Sears/cbsd,   133200 Smith Rd,   Mail Returned-99999
cr*           +1st Financial Bank,   PO Box 740933,   Dallas, TX 75374-0933
cr*            CR Evergreen, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
cr*           +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
               GREENVILLE, SC 29602-0288
cr*           +National Capital Management, LLC,   8245 Tournament Dr, Ste 230,   Memphis, TN 38125-1741
cr*           +Oklahoma Tax Commission,   Legal Division,   120 N Robinson Suite 2000,
               Oklahoma City, OK 73102-7471
cr*            eCAST Settlement Corporation,   POB 35480,   Newark, NJ  07193-5480
4459445*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   PO Box 5155,
               Norcross, GA 30091)
4479575*      ++FT SILL FEDERAL CREDIT UNION,   COLLECTION DEPARTMENT,   PO BOX 1527,   LAUTON OK 73502-1527
               (address filed with court: Fort Sill Federal Credit Union,   P.O. Box 33039,
               Fort Sill, OK 73503)
4544115        ##+Wells Fargo,   PO Box 7648,   Boise, ID 83707-1648
                                                                                        TOTALS: 2, * 8, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 1087-5          User: srus              Page 3 of 4              Date Rcvd: Jul 25, 2013
                              Form ID: pdf003         Total Noticed: 64
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2013**                              **Signature:**          _Joseph Speetjens_

```
District/off: 1087-5          User: srus             Page 4 of 4            Date Rcvd: Jul 25, 2013
                              Form ID: pdf003        Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2013 at the address(es) listed below:

```
              Alane A. Becket    on behalf of Creditor    eCAST Settlement Corporation notices@becket-lee.com
              Brent A. Austin    on behalf of Creditor    Green Tree Servicing, L.L.C. METZAUST@aol.com
              James M. Hinds     on behalf of Creditor    Wells Fargo Bank, N.A., Wells Fargo Auto Finance
               bankruptcy@hindslawfirm.com
              John T. Hardeman     13trustee@chp13okc.com,  trustee@chp13okc.com
              Joseph P. Gappa    on behalf of Creditor    Oklahoma Tax Commission jgappa.okwd@tax.ok.gov
              Julie M Ezell    on behalf of Creditor    Oklahoma Tax Commission bankruptcy@tax.ok.gov
              Monte J. White    on behalf of Joint Debtor Cara Breanne Turner legal@montejwhite.com,
               jan@montejwhite.com
              Monte J. White    on behalf of Debtor Justin Clay Turner legal@montejwhite.com,
               jan@montejwhite.com
              U.S. Trustee    Ustpregion20.oc.ecf@usdoj.gov
                                                                                             TOTAL: 9
```

**Dated: July 25, 2013,  10:07 AM**

**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | § | |
| Turner, Justin Clay | § | Case No. 09-12751-13 |
| AND | § | Chapter 13 |
| Turner, Cara Breanne | § | |
| Debtor(s) | § | |

CORRECTED ORDER ON MOTION TO DISMISS FOR NON-FEASIBILITY

The Trustee filed a Motion to Dismiss for Non-feasibility on June 18, 2013. The debtors filed their response on June 20, 2013. Upon representation of counsel for debtors, the parties have come to an agreement and the motion to dismiss is resolved as follows:

1. Debtors' are current through July 2013. The payment will increase to $368.00 beginning August 2013. The base will increase accordingly.

2. The State of California filed a claim making the debtors' plan non-feasible.

3. Debtors' attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 which will be paid through the Plan by the Trustee.

IT IS SO ORDERED

###

APPROVED FOR ENTRY:

s/Monte J. White                                    /s/Justin Clay Turner
Attorney for Debtor
Monte J. White & Associates              /s/Cara Breanne Turner
1106 Brook Ave
Wichita Falls, TX 76301
legal@montejwhite.com
(940) 723-0099
(940) 723-0096 (fax)

s/Linda Ruschenberg
Linda Ruschenberg, OBA #12842
321 Dean A. McGee Ave.
PO Box 1948
Oklahoma City, OK 73101-1948
13trustee@chp13okc.com
(405) 236-4843
(405) 236-1004 (fax)
Attorney for Chapter 13 Trustee